Cory A. Birnberg, Esq. (SBN 105468)
BIRNBERG & ASSOCIATES
703 Market Street, Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiffs,
MARK S. SORENSEN and THOMAS H. SQUIRE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SORENSEN, an individual, and THOMAS H. SQUIRE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MAURY ALVIN POLSE, an individual, ROBERT SCHULTZ, an individual, DIXIE, official document no. 513159, her equipment, gear furniture, apparel, fixtures, tackle, boats, machinery, anchors, and all appurtenances, *in rem*, M/V [name unknown], her equipment, gear furniture, apparel, fixtures, tackle, boats, machinery, anchors, and all appurtenances, *in rem* <br><br> Defendants. | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS <br><br> Case No. C-05-2693-JCS <br><br> **<u>ADR CERTIFICATION</u>** |

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**STIPULATION AND ORDER SELECTING ADR PROCESS**

Case No. C-05-2693-JCS

1

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1  The parties to this action stipulate to participate in Early Neutral Evaluation and/or mediation
2  through the Court processes.

3
4  Dated: October 7, 2005          BIRNBERG & ASSOCIATES
                                    Attorneys for Plaintiffs

5
6                                   By: _____/s/ Cory A. Birnberg_____
                                         Cory A. Birnberg

7  Dated: October 7, 2005          LAW OFFICES OF GARY ANGEL
                                    Attorneys for Defendants
8

9                                   By ___/s/ Gary Angel_____
                                         Gary Angel
10
     IT IS SO ORDERED:
11
     Dated: October  11 , 2005      By _____
12                                       UNITED STATES DISTRICT JUDGE
                                                        MAGISTRATE

**STIPULATION AND ORDER SELECTING ADR PROCESS**

**Case No. C-05-2693-JCS**

2

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site, www.adr.cand.uscourts.gov., discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: October 7, 2005        Plaintiff:_____
                                            Mark Sorensen

Dated: October 7, 2005        Plaintiff:_____
                                            Thomas Squire

Dated: October 7, 2005              /s/ Cory Birnberg_____
                                     Cory A. Birnberg
                                     Attorneys for Plaintiffs

Dated: October 7, 2005        Defendant:_____
                                            Maury Polse

Dated: October 7, 2005        Defendant:_____
                                            Robert Shultz

Dated: October 7, 2005              /s/ Gary Angel_____
                                     Gary Angel
                                     Attorney For Defendants

[COUNSEL ARE IN THE PROCESS OF OBTAINING THEIR CLIENTS' SIGNATURES, BUT DUE TO THE COURT'S DEADLINE HAVE FILED THIS DOCUMENT]

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**STIPULATION AND ORDER SELECTING ADR PROCESS**

**Case No. C-05-2693-JCS**