**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK S. SORENSEN, ET AL.,                     No. C 05-02693 JCS

        Plaintiff(s),

        **ORDER OF DISMISSAL**

       v.

MAURY A. POLSE, ET AL.,

        Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: October 24, 2005

                   _____
                   JOSEPH C. SPERO
                   United States Magistrate Judge